433 A.2d 535

Commonwealth v. Spangler.

Appeal of Harry Charles Spangler.

Petition for Allowance of Appeal Granted Aug. 26, 1981.

562

Argued March 6, 1980.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Affirmed on the lower court opinion of Honorable Albert G. Blakey, III.

CERCONE, P. J., filed a memorandum dissenting opinion.